No. 92–5881. CREEL *v.* CITY OF ABILENE, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–5882. BARSELLA *v.* WATERS ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–5883. CONERLY *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5905. PHILLIPS *v.* PHILLIPS. Ct. App. Md. Certiorari denied.

No. 92–5915. TIMBANCAYA *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 92–5916. BROWN *v.* UNITED STATES; and
No. 92–5917. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 968 F. 2d 1212.

No. 92–5918. TELLEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5919. STREIT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5926. GONZALEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5929. HAYE *v.* THORN CREEK CATTLE ASSN., INC. Sup. Ct. Idaho. Certiorari denied.

No. 92–5930. JONES *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–5931. HOPKINS *v.* ARMSTRONG & ARMSTRONG ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–5932. FIELDS *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 92–5942. MCDONALD ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.